**COMMONWEALTH of Pennsylvania,**
**Appellant,**

v.

**Denzel JACKSON.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 1997.
Decided Feb. 19, 1997.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

CASTILLE and NEWMAN, JJ., dissent.

**COMMONWEALTH of Pennsylvania**

v.

**Timothy P. McENANY, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 30, 1997.
Decided Feb. 19, 1997.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.